**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for PLAINTIFF, G.W., a minor, by and through her guardian Glecina Mae Reyes, individually and as Successor-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

**ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
akizzie@kizziefirm.com
**THE KIZZIE FIRM, APC**
1732 Aviation Blvd. #226
Redondo Beach, CA 90278
Telephone: (310) 388-9977
Facsimile: (310) 265-1957

Attorney for PLAINTIFF, BEATRICE HIGHTOWER, individually and as Successor-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER; and G.W., a minor, by and through her guardian ad litem Glecina Mae Reyes, in each case individually and as Successors-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF SANTA ANA, a municipal entity, and DOES #1-20, Inclusive, <br><br> *Defendants* | CASE NO.: 8:25-cv-02129-JWH-ADS <br><br> **DECLARATION OF ANTONIO K. KIZZIE** |

1

DECLARATION OF ANTONIO K. KIZZIE

## DECLARATION OF ANTONIO K. KIZZIE

I, Antonio K. Kizzie, declare as follows:

1.      I am an attorney at law duly licensed and admitted to practice before all courts of the State of California, in the United States District Court for the Central, Northern, Eastern and Southern Districts of California, United States District Court of Colorado, the District of Columbia Court of Appeals, the United States District Court for the District of Columbia, and the United States Supreme Court. I am also the owner and managing partner of The Kizzie Firm, APC, lead trial counsel for Plaintiff, BEATRICE HIGHTOWER ("Plaintiff Hightower"), individually and as Successor-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased, (Hereinafter, "Estate"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.

2.      I make this declaration in support of Plaintiff's Opposition to Defendant City of Santa Ana's Motion to Dismiss Plaintiffs' First Amended Complaint for Damages.

3.      On June 18, 2025, Plaintiff Hightower and Plaintiff Estate timely submitted a government tort claim ("Claim") against Defendant City of Santa Ana on behalf of Plaintiff Hightower and the Estate. A true and correct copy of the Claim is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of March 2026 in Los Angeles, California.


_Antonio K. Kizzie_
_____
ANTONIO K. KIZZIE

2
DECLARATION OF ANTONIO K. KIZZIE