# EXHIBIT 1

**Plaintiff's Exhibit 1**

**Page 1**

## CLAIM AGAINST THE CITY OF SANTA ANA
### (For damages to person or personal property)

A claim against the City of Santa Ana must be filed with the City Clerk's Office of  City of Santa Ana within **six (6) months** after which the incident or event occurred.  Be sure your claim is against the City of Santa Ana, not another public entity.  Where space is insufficient, please use additional paper and identify the paragraph(s) being answered.

Completed claims must be delivered or mailed to:

**City Clerk's Office, City of Santa Ana, 20 Civic Center Plaza, 8th Floor, P.O. Box 1988, Santa Ana, CA  92701**

| For Official Use Only |
|---|
| CLAIM NO:_____ |
| RESERVE FOR FILING STAMP |
| **Received via:** |
| ☐U.S. Mail        ☐Over the Counter |
| ☐ Interoffice Mail/Tube |

1. **Claimant Information**

   Name of Claimant:  Beatrice Hightower/Estate of Freddie D. Washington
   First Name                    Middle Name                    Last Name

   Post Office Address: 1732 Aviation Blvd. #226        Redondo Beach, CA        90278
   Street Address                    City/State                    Zip Code

   Phone Number:  (310) 388-9977                    Date of Birth:  11/29/1969

2. **Name and address to which notices should be sent, if other than above.  If represented by an attorney, provide attorney information.**

   Name of Addressee:  Antonio K. Kizzie, Esq., The Kizzie Firm, APC

   Post Office Address: 1732 Aviation Blvd. #226        Redondo Beach, CA        90278
   Street Address                    City/State                    Zip Code

   Phone Number:  (310) 388-9977

3. **The date, place, and other circumstances of the occurrence or transaction from which the claim arises.**

   Date of Occurrence: January 15 & 16, 2025                    Time of Occurrence:  Approx. 11:55 a.m.

   Location:  Holiday Inn Express 1800 E 1st St. Apt. 1007, Santa Ana, CA 92701

   Circumstances giving rise to this claim:

   From January 15-16, 2025, Mr. Freddie D. Washington, the Decedent, was arrested and subjected to excessive force, negligence, intentional infliction of emotional distress, batter and substantive due process violations of his rights during his arrest, confinement, and restrained by members of the Santa Ana Police Department that resulted in his death.

4. **General description of the indebtedness, obligation, injury, damage or loss incurred so far as you now know.**

   From January 15-16, 2025, Mr. Freddie D. Washington, the Decedent, was arrested and subjected to excessive force, negligence, intentional infliction of emotional distress, battery and substantive due process violations of his/claimant rights during his arrest, confinement, and unlawfully & unnecessarily prolonged restraint by members of the Santa Ana Police Dept.that resulted in his mental & physical pain/suffering, death and the loss of support to and relationship with Claimant.

**Plaintiff's Exhibit 1**
**Page 2**

**5.  The name(s) of the public employee(s) or department causing the injury, damage, or loss, if known.**

Currently unknown members of the Santa Ana Police Department

**6.  If amount claimed totals less than $10,000:** Provide the amount claimed if it totals less than ten thousand dollars ($10,000) as of the date of your claim, including the estimated amount of any related potential future injury, damage, or loss, insofar as it may be known as of the date of your claim, together with the basis of computation of the amount claimed (include copies of all bills, invoices, estimates, etc.).

Total amount claimed and basis for computation:

**If amount claimed exceeds $10,000:** If the amount claimed exceeds ten thousand dollars ($10,000), you need not provide a dollar amount in the claim.  However, your claim must indicate whether it would be a limited civil case.  A limited civil case is one where the recovery sought, exclusive of attorney fees, interest and court costs, does not exceed $25,000.  An unlimited case is one in which the recovery sought is more than $25,000. (See CCP§86)

☐ **Limited Civil Case**          ☑ **Unlimited Civil Case**

> **You are required to provide the information requested above in order to comply with Government Code §910. Additionally, in order to conduct a timely investigation and possible resolution of your claim, the City of Santa Ana requests that you answer the following questions.**

**7.  Medicare Secondary Payer Act:** Effective January 1, 2010, the Medicare Secondary Payer Act (Federal Law) requires the City to report all claims involving payments for bodily injury and/or medical treatments.  If you are seeking medical damages you must provide your social security number.  The City will be unable to process your medical claim without this information.

Social Security Number:

**8.  Name, address and phone number of any witnesses to the occurrence or transaction from which the claim arises.**

Currently unknown members of the Santa Ana Police Department

**9.  If the claim involves medical treatment for a claimed injury, please provide the name, address, and phone number of any doctors or hospitals providing treatment.** *If applicable, please attach any medical bills or reports or similar documents supporting your claim.*

Currently unknown

**Plaintiff's Exhibit 1**
**Page 3**

**10. If the claim relates to an automobile accident, provide the following information:**

| | |
|---|---|
| Auto Insurance Company: | Phone Number: |
| Post Office Address: | |
| Policy Number: | |
| Insurance Broker/Agent: | Phone Number: |
| Post Office Address: | |
| Vehicle License No.: | Vehicle Make/Model/Year: |
| Drivers License No.: | State Issued:    Expiration: |

*If applicable, please attach any repair bills, estimates or similar documents supporting your claim.*

For all accident claims, complete the diagram showing the direction and position of autos or property involved.  Please identify the street names, vehicle/pedestrian location, area of impact, etc. and indicate where North is on the diagram. Note: if the diagram below does not fit the situation, attach hereto a proper diagram signed by claimant.



**WARNING:** Presentation of a false claim is a felony (Penal Code §72).  Pursuant to CCP§1038, The City may seek to recover all costs of defense in the event an action is filed which is later determined not to have been brought in good faith with reasonable cause.

| | |
|---|---|
| *Antonio K. Kizzie* | 6/18/2025 |
| **Signature of Claimant** | **Date** |

**LATE CLAIM:** If you are filing a claim after six (6) months after the date of incident, but not exceeding one (1) year, you must file an "APPLICATION FOR LEAVE TO PRESENT A LATE CLAIM TO THE CITY OF SANTA ANA," which may be obtained from the City Clerk's Office or Risk Management.

Plaintiff's Exhibit 1
Page 4