**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for PLAINTIFF, G.W., a minor,

**ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
*akizzie@kizziefirm.com*
**THE KIZZIE FIRM, APC**
1732 Aviation Blvd. #226
Redondo Beach, CA 90278
Telephone: (310) 388-9977
Facsimile: (310) 265-1957

Attorney for PLAINTIFF, BEATRICE HIGHTOWER,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, et al., | Case No. 8:25-cv-02129-JWH-ADS |
| *Plaintiffs,* | *Judge: Hon. John W. Holcomb* |
| vs. | |
| CITY OF SANTA ANA, et al., | **PLAINTIFFS' REQUEST FOR LEAVE OF COURT FOR ERIC VALENZUELA TO APPEAR ON BEHALF OF LEAD TRIAL COUNSEL AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |
| *Defendants.* | |
| | [PROPOSED] ORDER *Filed Concurrently* |
| | Date:        April 17, 2026<br>Time:        9:00 a.m.<br>Location:    Courtroom 9D |

-1-

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff G.W., a minor, by and through her attorneys of record, hereby request an order allowing Plaintiff's counsel Eric Valenzuela to appear on behalf of lead trial counsel Dale K. Galipo at the Scheduling Conference on April 17, 2026.  Plaintiff acknowledges that the Court's Order setting the Rule 26(f) Scheduling Conference [Doc. # 16] states, "Lead trial counsel for each party must be present."  Plaintiff submits that good cause exists to allow Mr. Valenzuela to appear in place of Dale K. Galipo at the Scheduling Conference for the following reasons.

Mr. Galipo is scheduled to be engaged in trial on April 17, 2026, in the case of *Garcia v. City of Tustin*, Case No. SACV 22-00131-SPG-KES. Further, Mr. Valenzuela is going to second-chair this trial with Mr. Galipo, he attended the early meeting of counsel on behalf of Plaintiffs, participated in the preparation of the joint scheduling conference report, is familiar with the above-captioned matter and the issues raised in the joint scheduling conference report and has the authority to enter into agreements regarding any dates related to the case. Moreover, Mr. Valenzuela is already scheduled to be present before the Court on April 17, 2026, for the oral argument on Defendants' Motion to Dismiss [Doc. # 15].

Plaintiffs' counsel has notified defense counsel of this request and they indicated that there is no objection to Mr. Valenzuela appearing at the Scheduling Conference on April 17, 2026, on behalf of Mr. Galipo or continuing the Scheduling Conference until May 1, 2026.  For these reasons, Plaintiff, G.W. respectfully requests an order allowing attorney Eric Valenzuela to appear on behalf of Dale K. Galipo at the Scheduling conference on April 17, 2026, or in the alternative, that the Scheduling Conference be continued by two weeks until May 1, 2026.

Dated: April 6, 2026                    LAW OFFICES OF DALE K. GALIPO

                                        By:  /s/ Eric Valenzuela[1]
                                             Dale K. Galipo
                                             Eric Valenzuela
                                             Attorneys for Plaintiff G.W., a minor


Dated: April 6, 2026                    THE KIZZIE FIRM, APC

                                        By:  /s/ Antonio K. Kizzie
                                             Antonio K. Kizzie
                                             Attorneys for Plaintiff Beatric
                                             Hightower


Dated: April 6, 2026                    FUJII LAW GROUP LLP

                                        By:  /s/ Monica Phan
                                             John M. Fujii
                                             Monica Phan
                                             Mahadhi Corzano
                                             Attorneys for Defendant City of Santa
                                             Ana

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Eric Valenzuela, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents thereof, and have authorized the filing.

-3-                                           Case No. 8:25-cv-02129-JWH-ADS