**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRICE HIGHTOWER, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> *Defendants.* | Case No. 8:25-cv-02129-JWH-ADS <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR LEAVE OF COURT FOR ERIC VALENZUELA TO APPEAR ON BEHALF OF LEAD TRIAL COUNSEL AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** <br><br> Date: April 17, 2026 <br> Time: 9:00 a.m. <br> Location: Courtroom 9D |

-1-

HAVING REVIEWED Plaintiffs' notice of unavailability of lead counsel and request for an order allowing Plaintiffs' counsel Eric Valenzuela to appear on behalf of lead trial counsel Dale K. Galipo at the April 17, 2026, Scheduling Conference, and GOOD CAUSE having been shown, it is hereby ordered that Eric Valenzuela may appear on behalf of lead trial counsel Dale K. Galipo at the April 17, 2026, Scheduling Conference in this matter.

In the alternative, the Scheduling Conference is continued from April 17, 2026, until May 1, 2026.

IT IS SO ORDERED.

DATED:                                    UNITED STATES DISTRICT COURT


_____

John W. Holcomb

UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER