

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRICE HIGHTOWER, et al., | Case No. 8:25-cv-02129-JWH-ADS |
| Plaintiffs, | |
| vs. | **ORDER RE: PLAINTIFFS' REQUEST FOR LEAVE OF COURT FOR ERIC VALENZUELA TO APPEAR ON BEHALF OF LEAD TRIAL COUNSEL AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |
| CITY OF SANTA ANA, et al., | |
| Defendants. | |

Date:        April 17, 2026
Time:        9:00 a.m.
Location:    Courtroom 9D

-1-

Having reviewed Plaintiffs' notice of unavailability of lead counsel and request for an order allowing Plaintiffs' counsel Eric Valenzuela to appear on behalf of lead trial counsel Dale K. Galipo at the April 17, 2026, Scheduling Conference, and good cause having been shown, it is hereby **ORDERED** that Eric Valenzuela may appear on behalf of lead trial counsel Dale K. Galipo at the April 17, 2026, Scheduling Conference in this matter.

**IT IS SO ORDERED.**

Dated:  April 8, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-