# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER; and G.W., a minor, by and through her guardian ad litem Glecina Mae Reyes, in each case individually and as Successors-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased,

   Plaintiffs,

   v.

CITY OF SANTA ANA, a municipal entity, and DOES 1-20, inclusive,

   Defendants.

Case No. 8:25-cv-02129-JWH-ADS

**ORDER REGARDING DEFENDANT'S MOTION TO DISMISS [ECF No. 15]**

Before the Court is the motion of Defendant City of Santa Ana to dismiss the Complaint of Plaintiffs Beatrice Hightower and G.W.[1]  The Court concludes that this matter is appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the papers filed in support and in opposition,[2] the Court orders that the Motion is **DENIED without prejudice**, and, on the Court's own motion, Plaintiffs are **GRANTED leave to amend** their pleading, for the reasons set forth herein.

Plaintiffs assert 14 claims for relief against Santa Ana related to the death of Freddie D. Washington, which was allegedly caused by Santa Ana police officers.[3]  Santa Ana moves to dismiss various of Plaintiffs' claims.[4]

In their Partial Opposition, Plaintiffs do not oppose dismissal of certain claims, and they request leave to amend their remaining claims so that they can add factual allegations to address the potential deficiencies.[5]  In view of the Court's limited judicial resources, it is loath to adjudicate serial motions under Rule 12(b)(6) of the Federal Rules of Civil Procedure with respect to the Amended Complaint.  Instead, the Court will direct the parties to engage in another, more rigorous, L.R. 7-3 Conference of Counsel and, on its own motion, will grant Plaintiffs leave to file an amended pleading.  *See Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) (instructing district courts

---

[1]    *See generally* Def.'s Mot. to Dismiss (the "Motion") [ECF No. 15].

[2]    The Court considered the documents of record in this action, including the following papers:  (1) First Am. Compl. (the "Amended Complaint") [ECF No. 14]; (2) Motion; (3) Pls.' Partial Opp'n to the Motion (the "Partial Opposition") [ECF No. 18]; and (4) Def.'s Reply in Supp. of the Motion [ECF No. 22].

[3]    *See* Amended Complaint.

[4]    *See generally* Motion.

[5]    Partial Opposition 17:11-13.

that "Rule 15 advises the court that 'leave shall be freely given when justice so requires'" and that "[t]his policy is 'to be applied with extreme liberality'") (citation and quotation omitted).  The Court suggests that Plaintiffs take this opportunity to present their best pleaded Amended Complaint.

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1.     Santa Ana's instant Motion [ECF No. 15] is **DENIED without prejudice**.

2.     The parties are **DIRECTED** forthwith to engage in another L.R. 7-3 Conference of Counsel regarding the alleged infirmities in the Complaint.

3.     Plaintiffs are **DIRECTED** to file an amended pleading, if at all, no later than May 1, 2026.  If Plaintiffs choose to file an amended pleading, then they are also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to the Complaint that provides the Court with a redline version that shows the amendments.

4.     Santa Ana is **DIRECTED** to file its response to Plaintiffs' operative pleading no later than May 22, 2026.

5.     The Scheduling Conference is **CONTINUED** to June 26, 2026, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street Santa Ana, California.

**IT IS SO ORDERED.**

Dated:_____April 15, 2026_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE