**ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
*akizzie@kizziefirm.com*
**THE KIZZIE FIRM, APC**
1732 Aviation Blvd. #226
Redondo Beach, CA 90278
Telephone: (310) 388-9977
Facsimile: (310) 265-1957

Attorney for PLAINTIFF, BEATRICE HIGHTOWER, individually and as Successor-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased


**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for PLAINTIFF, The Estate of Freddie D. Washington and G.W., a minor

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER; THE ESTATE OF FREDDIE D. WASHINGTON, by and through the appointed personal representative, GLECINA MAE REYES,; G.W., a minor, by and through her guardian ad litem, Glecina Mae Reyes<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF SANTA ANA, a municipal entity, and DOES #1-20, Inclusive,<br><br>*Defendants*, | CASE NO.: 8:25-cv-02129-JWH-ADS<br><br>**NOTICE OF REVISIONS** |

1

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Order (docket 26), the parties submit the redlined version of the Second Amended Complaint, attached hereto as **"Exhibit A."**

Dated: April 27, 2026     **THE KIZZIE FIRM, APC**

         By:    */s/ Antonio K. Kizzie*

            **ANTONIO K. KIZZIE**
            Attorneys for PLAINTIFF
            BEATRICE HIGHTOWER, individually
            and as Successor-of-Interest on behalf of the
            ESTATE OF FREDDIE D.
            WASHINGTON, deceased

Dated: April 27, 2026     **LAW OFFICES OF DALE K. GALIPO**

         By:    */s/ Eric Valenzuela*

            **Eric Valenzuela**
            Attorneys for PLAINTIFF
            GW, individually and as Successor-of-
            Interest on behalf of the ESTATE OF
            FREDDIE D. WASHINGTON, deceased

NOTICE OF REVISIONS