**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for PLAINTIFF, G.W., a minor, by and through her guardian Glecina Mae Reyes, individually and Glecina Mae Reyes as the appointed personal representative of the Estate of Freddie D. Washington

**ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
*akizzie@kizziefirm.com*
**THE KIZZIE FIRM, APC**
1732 Aviation Blvd. #226
Redondo Beach, CA 90278
Telephone: (310) 388-9977
Facsimile: (310) 265-1957

Attorney for PLAINTIFF, BEATRICE HIGHTOWER, individually and as Successor-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, et al., ; <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> *Defendants* | CASE NO.: 8:25-cv-02129-JWH-ADS <br><br> **JOINT STIPULATION RE: PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> [[*Proposed*] Order submitted concurrently herewith] |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, as follows:

1

STIPULATION

WHEREAS, the Court has ordered the "parties to engage in another, more rigorous, L.R. 7-3 Conference of Counsel" regarding Defendants' Rule 12(b)(6) Motion. See Court's Order [ECF No. 26] at 2.

WHEREAS, pursuant to the Court's Order, the parties recently met and conferred regarding Plaintiffs' Second Amended Complaint and the Defendants' contemplated Rule 12(b)(6) motion.

WHEREAS, the parties have reached an agreement with the majority of issues raised by the defense.

WHEREAS, Plaintiffs' Second Amended Complaint [ECF No. 27] brings their Battery (ninth claim), Assault (tenth claim), Negligence (eleventh claim), Bane Act (twelfth claim), Ralph Act (thirteenth claim) and Intentional Infliction of Emotional Distress (fourteenth claim) claims for relief on behalf of both the Estate of Freddie D. Washington and Beatrice Hightower.

WHEREAS, Plaintiffs agree to bring their Battery (ninth claim), Assault (tenth claim), Negligence (eleventh claim), Bane Act (twelfth claim), Ralph Act (thirteenth claim) and Intentional Infliction of Emotional Distress (fourteenth claim) claims for relief on behalf of the Estate of Freddie D. Washington only, and dismiss Beatrice Hightower from these claims, with the understanding that Plaintiffs are asserting that Beatrice Hightower and G.W., a minor, are both heirs of the Estate.

WHEREAS, Plaintiff Beatrice Hightower and G.W. remain named Plaintiffs in their individual capacity under the 14th Amendment Substantive Due Process – Parent/Child Relationship claim (fifth claim).

WHEREAS, by dismissing Beatrice Hightower from any of the claims in Plaintiffs' Second Amended Complaint, Plaintiffs are not waiving their right to seek wrongful death damages under any applicable claim.

WHEREAS, the parties request and stipulate to dismiss Beatrice Hightower from the Battery (ninth claim), Assault (tenth claim), Negligence (eleventh claim),

Bane Act (twelfth claim), Ralph Act (thirteenth claim) and Intentional Infliction of Emotional Distress (fourteenth claim) claims for relief in the Plaintiffs' Second Amended Complaint..

Dated: May 19, 2026            **LAW OFFICES OF DALE K. GALIPO**

By:    _/s/ Eric Valenzuela_
       Eric Valenzuela
       Attorneys for Plaintiffs
       GW, individually and Glecina Mae Reyes,
       as the Appointed Personal
       Representative of the Estate of Freddie D.
       Washington

Dated: May 19, 2026            **THE KIZZIE FIRM, APC**

By:    _/s/ Antonio K. Kizzie_
       ANTONIO K. KIZZIE
       Attorneys for PLAINTIFF
       BEATRICE HIGHTOWER, individually
       and as Successor-of-Interest on behalf of the
       ESTATE OF FREDDIE D.
       WASHINGTON, deceased

Dated: May 21, 2026            **FUJII LAW GROUP, LLP**

By:    _/s/ Mahadhi Corzano_
       Mahadhi Corzano
       John M. Fujii
       Attorneys for DEFENDANT
       City of Santa Ana

3

STIPULATION

## ELECTRONIC SIGNATURE CERTIFICATION

I, Eric Valenzuela, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated:   May 21, 2026                          **LAW OFFICES OF DALE K. GALIPO**


By:   */s/ Eric Valenzuela*
      Eric Valenzuela
      Attorney for Plaintiffs

4
STIPULATION