# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER, et al., ;

*Plaintiffs,*

vs.

CITY OF SANTA ANA, et al.,

*Defendants*

Case No.  8:25-cv-02129-JWH-ADS

**[Proposed] ORDER RE: PLAINTIFFS' SECOND AMENDED COMPLAINT**

<u>**ORDER**</u>

**IT IS HEREBY ORDERED** that the parties' Stipulation in Case No. 8:25-cv-02129-JWH-ADS is **GRANTED** and Beatrice Hightower is dismissed from the Battery (ninth claim), Assault (tenth claim), Negligence (eleventh claim), Bane Act (twelfth claim), Ralph Act (thirteenth claim) and Intentional Infliction of Emotional Distress (fourteenth claim) claims for relief in Plaintiffs Second Amended Complaint.

Plaintiff Beatrice Hightower and G.W. shall remain named Plaintiffs in their individual capacity under the 14th Amendment Substantive Due Process – Parent/Child Relationship claim (fifth claim).

By dismissing Beatrice Hightower from any of the claims in Plaintiffs' Second Amended Complaint, Plaintiffs are not waiving their right to seek wrongful death damages under any applicable claim.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Honorable  John W. Holcomb
United States District Judge

ORDER RE: PLAINTIFFS' SECOND AMENDED COMPLAINT