# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, et al., | Case No. 8:25-cv-02129-JWH-ADS |
| Plaintiffs, | |
| vs. | **ORDER RE: PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| CITY OF SANTA ANA, et al., | |
| Defendants | |

The Court has reviewed the parties' Joint Stipulation Re: Plaintiffs' Second Amended Complaint and, good cause appearing therefor, hereby **ORDERS** as follows:

1.    The Joint Stipulation is **GRANTED**.

2.    Beatrice Hightower is **DISMISSED** from the Battery (ninth claim), Assault (tenth claim), Negligence (eleventh claim), Bane Act (twelfth claim), Ralph Act (thirteenth claim) and Intentional Infliction of Emotional Distress (fourteenth claim) claims for relief in Plaintiffs Second Amended Complaint.

3.    Plaintiff Beatrice Hightower and G.W. shall remain named Plaintiffs in their individual capacity under the 14th Amendment Substantive Due Process— Parent/Child Relationship claim (fifth claim).

4.    By dismissing Beatrice Hightower from any of the claims in Plaintiffs' Second Amended Complaint, Plaintiffs are not waiving their right to seek wrongful death damages under any applicable claim.

**IT IS SO ORDERED.**

Dated:    ___May 26___, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER RE: PLAINTIFFS' SECOND AMENDED COMPLAINT