**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for PLAINTIFF, G.W., a minor, by and through her guardian Glecina Mae Reyes, individually and Glecina Mae Reyes as the appointed personal representative of the Estate of Freddie D. Washington

**ANTONIO K. KIZZIE, ESQ. (SBN 279719)**
*akizzie@kizziefirm.com*
**THE KIZZIE FIRM, APC**
1732 Aviation Blvd. #226
Redondo Beach, CA 90278
Telephone: (310) 388-9977
Facsimile: (310) 265-1957

Attorney for PLAINTIFF, BEATRICE HIGHTOWER, individually and as Successor-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, et al.,; <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> *Defendants* | CASE NO.: 8:25-cv-02129-JWH-ADS <br><br> **JOINT STIPULATION RE: FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> [[*Proposed*] Order submitted concurrently herewith] |

1

STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs BEATRICE HIGHTOWER, the ESTATE OF FREDDIE D. WASHINGTON, by and through the appointed personal representative, GLECINA MAE REYES and G.W., a minor, by and through her guardian ad litem, Glecina Mae Reyes, in each case individually and as a successors-in-interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased, (collectively, "Plaintiffs") and Defendant CITY OF SANTA ANA ("Defendant"), through their respective attorneys of record, as follows:

Whereas, according to the Plaintiffs, since filing their Second Amended Complaint in this action, Plaintiffs have recently discovered the names of additional parties and have informed Defendant that they intend to seek leave of Court to file a Third Amended Complaint replacing Doe Defendants 1-9 with the names of Frank Corpus, Carlos Carrillo, Jake Alston, Ernest Villegas, Valeria Hernandez, Constantino Paz, Jesse Mejia, Ricardo Zavala and M. Rodriguez # 2590 of the Santa Ana Police Department. Defendant stipulates that leave to amend the Second Amended Complaint, specifically for the purpose to include as named defendants Frank Corpus, Carlos Carrillo, Jake Alston, Ernest Villegas, Valeria Hernandez, Constantino Paz, Jesse Mejia, Ricardo Zavala and M. Rodriguez # 2590, in place of Doe Defendants 1-9, be granted.

Whereas, Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Complaint [Dkt. # 31] on May 22, 2026, which is set for hearing on July 17, 2026.

Whereas, so as not to burden the Court with having to rule on a motion to dismiss when the Plaintiffs are seeking to further amend the Second Amended Complaint, Defendant has agreed to withdraw its pending Motion to Dismiss [Dkt. # 31] and reserves the right to file another motion to dismiss in response to Plaintiffs' Third Amended Complaint.

The parties further stipulate that the deadline for all Defendants, including Defendant CITY OF SANTA ANA, to file a response to the Third Amended

STIPULATION

Complaint shall be thirty (30) days after personal service of the Summons and Third Amended Complaint on the last of the newly added Defendants, so that the response deadline for all Defendants is on the same date.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

STIPULATION

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs to file a Third Amended Complaint and for Defendants to withdraw its pending Motion to Dismiss the Second Amended Complaint [Dkt. # 31].

Dated: June 17, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Eric Valenzuela*
      **Eric Valenzuela**
      Attorneys for PLAINTIFF
      GW, individually and as Successor-of-
      Interest on behalf of the ESTATE OF
      FREDDIE D. WASHINGTON, deceased

Dated: June 17, 2026          **THE KIZZIE FIRM, APC**

By:   */s/ Antonio K. Kizzie*
      **Antonio K. Kizzie**
      Attorneys for PLAINTIFF
      BEATRICE HIGHTOWER, individually
      and as Successor-of-Interest on behalf of the
      ESTATE OF FREDDIE D.
      WASHINGTON, deceased

Dated: June 17, 2026          **FUJII LAW GROUP, LLP**

By:   */s/ Monica Phan*
      John M. Fujii
      Mahadhi Corzano
      Monica Phan
      Attorneys for DEFENDANT
      City of Santa Ana

4

STIPULATION

## ELECTRONIC SIGNATURE CERTIFICATION

I, Eric Valenzuela, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing.

Dated:   June 17, 2026                    **LAW OFFICES OF DALE K. GALIPO**


By: */s/  Eric Valenzuela*
  Eric Valenzuela
  Attorneys for Plaintiffs
  GW, individually and Glecina Mae
  Reyes, as the Appointed Personal
  Representative of the Estate of
  Freddie D. Washington

5

STIPULATION