# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER, et al., ;

*Plaintiffs,*

vs.

CITY OF SANTA ANA, et al.,

*Defendants*

Case No.  8:25-cv-02129-JWH-ADS

**[Proposed]**
**ORDER RE: FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

ORDER RE: PLAINTIFFS' THIRD AMENDED COMPLAINT

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation Re: Filing of Plaintiffs' Third Amended Complaint and Withdrawal of Defendant's Motion to Dismiss the Second Amended Complaint in Case No. 8:25-cv-02129-JWH-ADS is **GRANTED** and the Plaintiffs are granted leave to file a Third Amended Complaint specifically for the purpose of replacing Doe Defendants 1-9 with the names of Frank Corpus, Carlos Carrillo, Jake Alston, Ernest Villegas, Valeria Hernandez, Constantino Paz, Jesse Mejia, Ricardo Zavala and M. Rodriguez # 2590.

It is further ordered that Defendant's Motion to Dismiss the Second Amended Complaint [Doc. # 31] is hereby withdrawn and Defendant reserves the right to file another motion to dismiss in response to Plaintiffs' Third Amended Complaint.

It is further ordered that the deadline for all Defendants, including the City of Santa Ana, to file a response to the Third Amended Complaint shall be thirty (30) days after personal service of the Summons and Third Amended Complaint on the last of the newly added Defendants, so that the response deadline for all Defendants is on the same date.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Honorable  John W. Holcomb
United States District Judge

ORDER RE: PLAINTIFFS' THIRD AMENDED COMPLAINT