FUJII LAW GROUP LLP
JOHN M. FUJII, SBN 172718
MAHADHI CORZANO, SBN 254905
MONICA PHAN, SBN 337735
19200 Von Karman Ave., Suite 360
Irvine, California 92612
Phone:      (949) 392-5501
Fax:    (949) 392-5501
Email: JFujii@FujiiLawGroup.com
Email: MCorzano@FujiiLawGroup.com
Email: MPhan@FujiiLawGroup.com

Attorney for Defendant
CITY OF SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,<br><br>        Defendants. | CASE NO.: 8:25-cv-02129-JWH-ADS<br><br>Judge: John W. Holcomb<br>Magistrate Judge: Autumn D. Spaeth<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT, THE SCHEDULING CONFERENCE, AND DEADLINE TO FILE A JOINT RULE 26(F) REPORT**<br><br>[Filed concurrently with:<br>1.  [Proposed] Order.]<br><br>Scheduling Conference<br>Date:            August 21, 2026<br>Time:            11:00 a.m.<br>Courtroom:    9D<br>Judge:            John W. Holcomb<br><br>*Trial Date:*            *None set.* |

Fujii Law Group LLP

JOINT STIPULATION

**JOINT STIPULATION**

BEATRICE HIGHTOWER, the ESTATE OF FREDDIE D. WASHINGTON, by and through the appointed personal representative, GLECINA MAE REYES and G.W., a minor, by and through her guardian ad litem, Glecina Mae Reyes, in each case individually and as a successors-in-interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased (collectively, "Plaintiffs") and Defendant CITY OF SANTA ANA ("City") (collectively, "Parties") hereby stipulate and respectfully request this Court to continue the **August 7, 2026** deadline for all defendants to respond to Plaintiffs' Third Amended Complaint ("TAC") (Dkt. No. 35) and the **August 21, 2026** Scheduling Conference (Dkt. No. 43) by three weeks based upon the following reasons:

1.     On February 27, 2026, the City filed a Motion to Dismiss the First Amended Complaint.  (Dkt. No. 15.)  On March 2, 2026, the Court issued an Order Setting the Scheduling Conference to April 17, 2026.  (Dkt. No. 16.)  On April 3, 2026, the Parties filed their Joint Rule 26(f) Report.  (Dkt. 21.)

2.     On April 15, 2026, the Court granted leave to allow Plaintiffs to file a Second Amended Complaint.  (Dkt. No. 26.)  The Court directed Plaintiffs to file their amended complaint by May 1, 2026.  (*Ibid*.)  The Court also directed the City to file its response by May 22, 2026.  (*Ibid*.)

3.     On April 27, 2026, Plaintiffs filed their Second Amended Complaint.  (Dkt. No. 27.)  On May 22, 2026, the City filed its Motion to Dismiss the Second Amended Complaint.  (Dkt. 31.)  On June 22, 2026, the Parties filed a Joint Stipulation to allow Plaintiffs to file a Third Amended Complaint and Withdraw the City's Motion to Dismiss the Second Amended Complaint.  (Dkt. No. 34.)  On June 23, 2026, the Court granted the Parties' Joint Stipulation and ordered the City and the newly named defendants to file a response to the pleadings within 30 days after the newly added defendants have been personally served.  (Dkt. No. 35.)

4.     On June 29, 2026, Plaintiffs filed their Third Amended Complaint ("TAC"). ///

Fujii Law Group LLP

5. On July 9, 2026, the Court issued an Order continuing the July 17, 2026 Scheduling Conference to August 21, 2026. (Dkt. No. 43.) The Court ordered the Parties to file an updated Joint Rule 26(f) Report no later than fourteen days before the August 21, 2026 Scheduling Conference. (*Ibid.*)

6. As of the filing of this stipulation, Plaintiffs have served the Summons for the TAC on seven (7) out of the nine (9) newly named defendants. Despite diligent efforts, Defendants Officer Jake Alston ("Defendant Alston") and Officer Ricardo Zavala ("Defendant Zavala") have yet to be served.

7. Defendants Alston and Zavala are no longer employed by the City. Counsel for the City has made diligent efforts to locate and contact Defendants Alston and Zavala.

8. Additional time is needed for Plaintiffs to locate and serve Defendants Alston and Zavala, GOOD CAUSE exists for a short three-week continuance of the deadline for the City and the seven (7) newly named defendants to respond to Plaintiffs' TAC. Since Defendants Alston and Zavala have not appeared in this lawsuit, the Parties believe that the response to the TAC and the updated Joint Rule 26(f) Report should be filed following the appearance of Defendants Alston and Zavala in this lawsuit.

9. The Parties respectfully request that the Court continue the **August 7, 2026** deadline for all defendants to respond to Plaintiffs TAC by three weeks to **August 28, 2026**. The Parties also respectfully request this Court to continue the **August 21, 2026** Scheduling Conference to **September 11, 2026** since Defendants Alston and Zavala have not been served with the Summons and the TAC. The Parties also request that the August 7, 2026 deadline to file an updated Joint Rule 26(f) Report be continued to coincide with the new Scheduling Conference date.

///

///

///

///

///

Fujii Law Group LLP

JOINT STIPULATION

10.    Therefore, the short three-week continuance of the deadline to respond to the TAC and the Scheduling Conference would promote judicial economy and avoid the unnecessary filings of multiple versions of the same document.

**IT SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, by my signature below I, Mahadhi Corzano, attest that all other signatories concur in this filing's content and have authorized this filing

Dated: August 4, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    */s/ Eric Valenzuela*
       **Eric Valenzuela**
       Attorneys for PLAINTIFF
       GW, individually and as Successor-of-
       Interest on behalf of the ESTATE OF
       FREDDIE D. WASHINGTON, deceased

Dated: August 4, 2026          **THE KIZZIE FIRM, APC**

By:    */s/ Antonio K. Kizzie*
       **ANTONIO K. KIZZIE**
       Attorneys for PLAINTIFF
       BEATRICE HIGHTOWER, individually
       and as Successor-of-Interest on behalf of
       the ESTATE OF FREDDIE D.
       WASHINGTON, deceased

Dated:  August 4, 2026          **FUJII LAW GROUP LLP**

By:    */s/ Mahadhi Corzano*
       John M. Fujii
       Mahadhi Corzano
       Monica Phan
       Attorneys for Defendant
       CITY OF SANTA ANA

JOINT STIPULATION