UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,<br><br>Defendants. | CASE NO.: 8:25-cv-02129-JWH-ADS<br><br>Judge: John W. Holcomb<br>Magistrate Judge: Autumn D. Spaeth<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT, THE SCHEDULING CONFERENCE, AND DEADLINE TO FILE AN UPDATED JOINT RULE 26(F) REPORT**<br><br>*Trial Date:*          *None set.* |

ORDER

## <u>ORDER</u>

The Court, having considered the Joint Stipulation to continue the August 7, 2026 deadline for all defendants to respond to Plaintiff's Third Amended Complaint ("TAC") (Dkt. No. 35), the August 21, 2026 Scheduling Conference (Dkt. No. 43), and the August 7, 2026 deadline for the parties to file an updated Joint 26(f) Report (Dkt. No. 43) by three weeks, and having found GOOD CAUSE, HEREBY ORDERS:

1.     The August 7, 2026 deadline for all defendants to respond to Plaintiff's TAC (Dkt. No. 35) is continued to August 28, 2026.

2.     The August 21, 2026 Scheduling Conference (Dkt. No. 43) is continued to September 11, 2026.

3.     The new deadline for the parties to file an updated Joint Rule 26(f) Report is August 28, 2026.

**IT SO ORDERED.**

Dated:

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT COURT JUDGE