# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,<br><br>      Defendants. | Case No.: 8:25-cv-02129-JWH-ADS<br><br>Judge: John W. Holcomb<br>Magistrate Judge: Autumn D. Spaeth<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT, THE SCHEDULING CONFERENCE, AND DEADLINE TO FILE AN UPDATED JOINT RULE 26(F) REPORT**<br><br>*Trial Date:*      *None set.*<br><br><span style="color:red">**NOTE CHANGES MADE BY COURT**</span> |

ORDER

The Court, having considered the Joint Stipulation to continue the August 7, 2026, deadline for all defendants to respond to Plaintiff's Third Amended Complaint ("TAC") (Dkt. No. 35), the August 21, 2026, Scheduling Conference (Dkt. No. 43), and the August 7, 2026, deadline for the parties to file an updated Joint Rule 26(f) Report (Dkt. No. 43) by three weeks, and having found good cause, hereby **ORDERS** as follows:

1.      The August 7, 2026, deadline for all defendants to respond to Plaintiff's TAC (Dkt. No. 35) is **CONTINUED** to August 28, 2026.

2.      The August 21, 2026, Scheduling Conference (Dkt. No. 43) is **CONTINUED** to September 18, 2026, at 11:00 a.m.

3.      The new deadline for the parties to file an updated Joint Rule 26(f) Report is September 4, 2026.

**IT SO ORDERED.**

Dated:  August 4, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE