UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER; and G.W, a minor, by and through her guardian ad litem Glecina Mae Reyes, in each case individually and as Successors-in-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased,

Plaintiffs,

v.

CITY OF SANTA ANA, a municipal entity, and DOES #1-20, inclusive,

CASE NO.: 8:25-cv-02129-JWH-ADS

Judge: John W. Holcomb
Magistrate Judge: Autumn D. Spaeth

**[PROPOSED]**
**ORDER GRANTING DEFENDANT CITY OF SANTA ANA'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**ORDER**

The Motion of Defendant City of Santa Ana ("City") to dismiss the Third Amended Complaint filed by Beatrice Hightower and G.W. ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure, rule 12(b)(6) came on regularly for hearing in Courtroom 9D of the United States District Court for the Central District of California, located at located at 411 West 4th Street, Santa Ana, California, the Honorable John W. Holcomb presiding. All appearances were as noted in the Court's record. The Court has considered all papers filed in support of and in opposition to the City's Motion to Dismiss Third Amended Complaint and all other matters properly before the Court.

THE COURT HEREBY FINDS AND DECLARES THAT:

1. Plaintiffs' municipal liability claim against the City fails to state a claim upon which relief can be granted.

**IT IS SO ORDERED**.

Dated:

________________________________
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT COURT JUDGE