**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Beatrice Hightower, et al.<br>Plaintiff(s)<br>v. | CASE NUMBER:<br>8:25-cv-02129-JWH-ADSx |
| City of Santa Ana, et al.<br>Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE AS TO RFAs** |

The parties have requested an informal discovery conference with Magistrate Judge .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required

☒ Hearing Required.
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge Autumn D. Spaeth

Date/Time October 5, 2026 at 3:00 PM

Courtroom: Telephonic (Call information will be provided by separate email).

Other:

Dated: September 21, 2026

By: K. Hopkins
Deputy Clerk