FUJII LAW GROUP LLP
JOHN M. FUJII, SBN 172718
MAHADHI CORZANO, SBN 254905
MONICA PHAN, SBN 337735
19200 Von Karman Ave., Suite 360
Irvine, California 92612
Phone: (949) 392-5501
Fax: (949) 392-5501
Email: JFujii@FujiiLawGroup.com
Email: MCorzano@FujiiLawGroup.com
Email: MPhan@FujiiLawGroup.com

Attorney for Defendant
City of Santa Ana, Officer Frank Corpus, Officer Carlos Carrillo, Officer Jake Alston, Officer Ernest Villegas, Officer Valeria Hernandez, Officer Constantino Paz, Officer Jesse Mejia, Officer Francisco Rodriguez, and Officer Ricardo Zavala

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,

Plaintiff,

v.

CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,

Defendants.

CASE NO.: 8:25-cv-02129-JWH-ADS

Judge: John W. Holcomb
Magistrate Judge: Autumn D. Spaeth

**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES**

[Filed concurrently with:
1. [Proposed] Order.]

*Trial Date:* *None set.*

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs Beatrice Hightower, Glecina Mae Reyes, as the appointed personal representative of the Estate of Freddie D. Washington, and G.W., a minor, by and through her guardian ad litem, Glecina Mae Reyes, and Defendants City of Santa Ana, Officer Frank Corpus, Officer Carlos Carrillo, Officer Jake Alston, Officer Ernest Villegas, Officer Valeria Hernandez, Officer Constantino Paz, Officer Jesse Mejia, Officer Francisco Rodriguez, and Officer Ricardo Zavala, collectively referred as the Parties, by and through their respective attorneys of record as follows:

1. Through mediation with mediator Richard Copeland on October 12, 2026, the Parties have reached a conditional settlement of the entire action.

2. The settlement is conditioned upon approval by the City of Santa Ana's City Council, the Independent Cities Risk Management Authority's Board, and any other applicable insurers.

3. If the settlement is approved, minor Plaintiff G.W. will file a minor's compromise.

4. After approval of the necessary minor's compromise, the Parties will file a stipulation to dismiss the entire action with prejudice within fifteen (15) days of Plaintiffs' receipt of the settlement funds.

5. Accordingly, the Parties respectfully stipulate and request that the Court vacates all dates, including the November 20, 2026 Scheduling Conference (Dkt. No. 50), and stay all discovery and proceedings, including the order for Defendant City of Santa Ana to produce specified records (Dkt. No. 54), pending the approval of the settlement.

6. Within sixty (60) days of the Court's Order re this Notice of Conditional Settlement and Request for Order Vacating All Dates, the Parties will file a joint report on the status of this settlement.

Based on the foregoing, GOOD CAUSE exists for this request.

///

Fujii Law Group LLP

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, by my signature below I, Monica Phan, attest that all other signatories concur in this filing's content and have authorized this filing.

Dated: October 15, 2026

**THE KIZZIE FIRM, APC**

By: __/s/ Antonio K. Kizzie___
Antonio K. Kizzie
Attorneys for PLAINTIFF
BEATRICE HIGHTOWER, individually and as Successor-of-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

Dated: October 15, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: __/s/ Eric Valenzuela_____
Dale K. Galipo
Eric Valenzuela
Attorneys for PLAINTIFF
GW, individually and as Successor-of-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

Dated: October 15, 2026

**FUJII LAW GROUP LLP**

By: _/s/ Monica Phan___
John M. Fujii
Mahadhi Corzano
Monica Phan
Attorneys for Defendant
CITY OF SANTA ANA, OFFICER FRANK CORPUS, OFFICER CARLOS CARRILLO, OFFICER JAKE ALSTON, OFFICER ERNEST VILLEGAS, OFFICER VALERIA HERNANDEZ, OFFICER CONSTANTINO PAZ, OFFICER JESSE MEJIA, OFFICER FRANCISCO RODRIGUEZ, and OFFICER RICARDO ZAVALA