UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,

Plaintiff,

v.

CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,

Defendants.

CASE NO.: 8:25-cv-02129-JWH-ADS

Judge: John W. Holcomb
Magistrate Judge: Autumn D. Spaeth

**[PROPOSED]**
**ORDER RE NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES**

[Filed concurrently with:
1. Notice of Conditional Settlement and Request for Order Vacating All Dates.]

*Trial Date:* *None set.*

HAVING REVIEWED the Parties' Notice of Conditional Settlement and Request to vacate all dates and stay proceedings, and GOOD CAUSE having been shown, IT IS HEREBY ORDERED as follows:

1. All dates in this lawsuit, including the November 20, 2026 Scheduling Conference (Dkt. No. 50), are VACATED, and all discovery and proceedings, including the order for Defendant City of Santa Ana to produce specified records (Dkt. No. 54), are STAYED pending the approval of the settlement.

2. If the settlement is approved and after approval of the petition for the minor's compromise, then the Parties shall file a stipulation to dismiss the entire action with prejudice within fifteen (15) days of Plaintiffs' receipt of the settlement funds.

3. Within sixty (60) days of this Order, the Parties will file a joint report on the status of this settlement.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT COURT