FUJII LAW GROUP LLP
JOHN M. FUJII, SBN 172718
MAHADHI CORZANO, SBN 254905
MONICA PHAN, SBN 337735
19200 Von Karman Ave., Suite 360
Irvine, California 92612
Phone: (949) 392-5501
Fax: (949) 392-5501
Email: JFujii@FujiiLawGroup.com
Email: MCorzano@FujiiLawGroup.com
Email: MPhan@FujiiLawGroup.com

Attorney for Defendants
City of Santa Ana, Officer Frank Corpus, Officer Carlos Carrillo, Officer Jake Alston, Officer Ernest Villegas, Officer Valeria Hernandez, Officer Constantino Paz, Officer Jesse Mejia, Officer Francisco Rodriguez, and Officer Ricardo Zavala

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,

Plaintiff,

v.

CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,

Defendants.

CASE NO.: 8:25-cv-02129-JWH-ADS

Judge: John W. Holcomb
Magistrate Judge: Autumn D. Spaeth

**JOINT STATUS REPORT RE SETTLEMENT AND REQUEST TO CONTINUE FILING DEADLINE RE STIPULATION OF DISMISSAL**

[Filed concurrently with:
1. [Proposed] Order.]

*Trial Date:* *None set.*

Fujii Law Group LLP

**TO THE HONORABLE COURT:**

Plaintiffs Beatrice Hightower, Glecina Mae Reyes, as the appointed personal representative of the Estate of Freddie D. Washington ("Plaintiff Hightower"), and G.W., a minor, by and through her guardian ad litem, Glecina Mae Reyes ("Plaintiff G.W.") (collectively, "Plaintiffs"), and Defendants City of Santa Ana ("Defendant City"), Officer Frank Corpus, Officer Carlos Carrillo, Officer Jake Alston, Officer Ernest Villegas, Officer Valeria Hernandez, Officer Constantino Paz, Officer Jesse Mejia, Officer Francisco Rodriguez, and Officer Ricardo Zavala (collectively, "Defendants"), collectively referred as the Parties, by and through their respective attorneys of record, hereby submit this Joint Status Report and respectfully request the Court to continue the December 15, 2026 deadline to file a Stipulation re Dismissal (Dkt. No. 56), based on the following:

1. Through mediation with mediator Richard Copeland on October 12, 2026, the Parties have reached a conditional settlement of the entire action.

2. The settlement is conditioned upon approval by the City of Santa Ana's City Council and any other applicable insurers.

3. If the settlement is approved, minor Plaintiff G.W. will file a minor's compromise.

4. After approval of the necessary minor's compromise, the Parties will file a stipulation to dismiss the entire action with prejudice within fifteen (15) days of Plaintiffs' receipt of the settlement funds.

5. On October 15, 2026, the Parties filed a Notice of Conditional Settlement and Request for Order Vacating All Dates. (Dkt. No. 55.)

6. On October 16, 2026, the Court issued a Scheduling Notice and Order, vacating all deadlines and instructing the parties to file, by December 15, 2026, either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen if settlement has not been consummated ("Order"). (Dkt. No. 56.)

7. It is unlikely that the settlement will be approved and consummated before December 15, 2026, because the settlement is conditioned upon approval by the Santa Ana City Council and approval of other applicable insurers. The settlement is expected to be presented to the City Council on November 17, 2026. However, additional time is needed for the applicable insurers to obtain approval for the settlement. Meetings to obtain approvals by the applicable insurers are expected to take place in December 2026.

8. The Parties stipulate that GOOD CAUSE exists for the continuance of the December 15, 2026 deadline to comply with the Order (Dkt. No. 56).

9. The Parties respectfully request a continuance of forty-five (45) days to comply with the Order (Dkt. No. 56), making the new deadline January 29, 2027.

Based on the foregoing, GOOD CAUSE exists for this request.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, by my signature below I, Monica Phan, attest that all other signatories concur in this filing's content and have authorized this filing.

Dated: November 17, 2026

**THE KIZZIE FIRM, APC**

By: *<u>/s/ Antonio K. Kizzie</u>*
Antonio K. Kizzie
Attorneys for PLAINTIFF BEATRICE HIGHTOWER, individually and as Successor-of-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

[*signatures continued on next page*]

Fujii Law Group LLP

[*signatures continued from previous page*]

Dated: November 17, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for PLAINTIFF GW, individually and as Successor-of-Interest on behalf of the ESTATE OF FREDDIE D. WASHINGTON, deceased

Dated: November 17, 2026

**FUJII LAW GROUP LLP**

By: */s/ Mahadhi Corzano*
John M. Fujii
Mahadhi Corzano
Monica Phan
Attorneys for Defendant CITY OF SANTA ANA, OFFICER FRANK CORPUS, OFFICER CARLOS CARRILLO, OFFICER JAKE ALSTON, OFFICER ERNEST VILLEGAS, OFFICER VALERIA HERNANDEZ, OFFICER CONSTANTINO PAZ, OFFICER JESSE MEJIA, OFFICER FRANCISCO RODRIGUEZ, and OFFICER RICARDO ZAVALA

Fujii Law Group LLP