UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE HIGHTOWER, an individual; GLECINA MAE REYES, as the appointed personal representative of the ESTATE OF FREDDIE D. WASHINGTON; and G.W., a minor, by and through her guardian ad litem, GLECINA MAE REYES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ANA, a municipal entity, OFFICER FRANK CORPUS, an individual, OFFICER CARLOS CARRILLO, an individual, OFFICER JAKE ALSTON, an individual, OFFICER ERNEST VILLEGAS, an individual, OFFICER VALERIA HERNANDEZ, an individual, OFFICER CONSTANTINO PAZ, an individual, OFFICER JESSE MEJIA, an individual, OFFICER FRANCISCO RODRIGUEZ, an individual, OFFICER RICARDO ZAVALA, an individual, and DOES #11-20, inclusive,<br><br>Defendants. | CASE NO.: 8:25-cv-02129-JWH-ADS<br><br>Judge: John W. Holcomb<br>Magistrate Judge: Autumn D. Spaeth<br><br>**[PROPOSED] ORDER GRATING REQUEST TO CONTINUE DEADLINE TO FILE STIPULATION RE DISMISSAL**<br><br>[Filed concurrently with:<br>1. Joint Status Report Re Settlement And Request To Continue Filing Deadline Re Stipulation Of Dismissal.]<br><br>*Trial Date:* *None set.* |

HAVING REVIEWED the Parties' Joint Status Report Re Settlement And Request To Continue Filing Deadline Re Stipulation Of Dismissal, and GOOD CAUSE having been shown, IT IS HEREBY ORDERED as follows:

1. By January 29, 2027, the Parties are to file either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen if settlement has not been consummated.
2. All previously set deadlines and dates are hereby VACATED.
3. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party.

**IT IS SO ORDERED.**

Dated: ________________________

____________________________________
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT COURT